Gilbert R. Yabes (SBN 267388)
gyabes@piteduncan.com
**PITE DUNCAN, LLP**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for   CitiMortgage, Inc.

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>DWIGHT HAL SMITH AND BAOHUA WANG ,<br><br>Debtor(s). | Case No. 2:13-bk-14263-WB<br><br>Chapter 13<br><br>**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM #2** |

TO: DEBTOR(S), ATTORNEY FOR DEBTOR(S), CHAPTER 13 TRUSTEE, and all interested parties:

NOTICE IS HEREBY GIVEN that the Proof of Claim filed by CitiMortgage, Inc. on May 24, 2013, and assigned as Claim number 2, is hereby withdrawn, without prejudice.  A true and correct copy of the Proof of Claim is attached hereto as exhibit A.

Dated: June 18, 2013                                        PITE DUNCAN, LLP

/s/ Gilbert R. Yabes
GILBERT R. YABES
Attorneys for CitiMortgage, Inc.

- 1 -

B10 (Official Form 10) (04/13)

| UNITED STATES BANKRUPTCY COURT Central District of California | | **PROOF OF CLAIM** |
|---|---|---|
| Name of Debtor: Khoi Tran and Nancy T. Do | Case Number: 8:13-bk-12438-MW | |

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
CitiMortgage, Inc.

**COURT USE ONLY**

Name and address where notices should be sent:
CitiMortgage, Inc
P.O. Box 6030
Sioux Falls, SD 57117-6030
Telephone number: 866-613-5636    email: citi.poc@citi.com

❐ Check this box if this claim amends a previously filed claim.

Court Claim Number:_____
    (*If known*)

Filed on:_____

Name and address where payment should be sent (if different from above):
CitiMortgage, Inc
P.O. Box 688971
Des Moines, IA 50368-8971
Telephone number: 866-613-5636    email: CitiAssist4Trustee@citi.com

❐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

1. **Amount of Claim as of Date Case Filed:** $ $572,212.23

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

☑ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

2. **Basis for Claim:** MORTGAGE LOAN
   (See instruction #2)

| 3. Last four digits of any number by which creditor identifies debtor: ******6867 | 3a. Debtor may have scheduled account as: _____ (See instruction #3a) | 3b. Uniform Claim Identifier (optional): __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ (See instruction #3b) |
|---|---|---|

4. **Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

**Nature of property or right of setoff:** ☑ Real Estate  ❐ Motor Vehicle  ❐ Other
**Describe:** 820 Delaware Street, Huntington Beach, CA 92648

**Value of Property:** $ 700,000.00 *

**Annual Interest Rate** 4.500 % ☑ Fixed  or  ❐ Variable
**(when case was filed)**

**Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:**
$ 113.02
**Basis for perfection:** Security Instrument

**Amount of Secured Claim:** $ 572,212.23

**Amount Unsecured:** $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a).** If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

❐ Domestic support obligations under 11 U.S.C. § 507 (a)(1)(A) or (a)(1)(B).

❐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507 (a)(4).

❐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a)(5).

**Amount entitled to priority:**

$_____

❐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a)(7).

❐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a)(8).

❐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a)(__).

*Amounts are subject to adjustment on 4/01/16 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

6. **Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

EXHIBIT A

Case 2:13-bk-14263-WB Claim 251 Filed 05/24/13 Desc Main Document Page 3 of 8
Case 2:13-bk-14263-WB Doc 451 Filed 06/18/13 Entered 06/18/13 11:22:46 Page 8 of 26
B10 (Official Form 10) (04/13)     2

**7. Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. If the claim is secured by the debtor's principal residence, the Mortgage Proof of Claim Attachment is being filed with this claim. *(See instruction #7, and the definition of "redacted".)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**8. Signature:** (See instruction #8)

Check the appropriate box.

☐ I am the creditor. ☐ I am the creditor's authorized agent. ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.) ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Josephine E. Salmon
Title: ATTORNEY
Company: PITE DUNCAN, LLP
Address and telephone number (if different from notice address above):
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone number: (858) 750-7600 email: jsalmon@piteduncan.com

/s/ *Josephine E Salmon*    SBN (206167)    05/24/2013
(Signature)                 (Date)

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

---

**INSTRUCTIONS FOR PROOF OF CLAIM FORM**
*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, exceptions to these general rules may apply.*
**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district in which the bankruptcy case was filed (for example, Central District of California), the debtor's full name, and the case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on delivering health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if an interested party objects to the claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As**:
Report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**3b. Uniform Claim Identifier:**
If you use a uniform claim identifier, you may report it here. A uniform claim identifier is an optional 24-character identifier that certain large creditors use to facilitate electronic payment in chapter 13 cases.

**4. Secured Claim:**
Check whether the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See Definitions.) If the claim is secured, check the box for the nature and value of property that secures the claim, attach copies of lien documentation, and state, as of the date of the bankruptcy filing, the annual interest rate (and whether it is fixed or variable), and the amount past due on the claim.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. § 507 (a).**
If any portion of the claim falls into any category shown, check the appropriate box(es) and state the amount entitled to priority. (See Definitions.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach redacted copies of any documents that show the debt exists and a lien secures the debt. You must also attach copies of documents that evidence perfection of any security interest and documents required by FRBP 3001(c) for claims based on an open-end or revolving consumer credit agreement or secured by a security interest in the debtor's principal residence. You may also attach a summary in addition to the documents themselves. FRBP 3001(c) and (d). If the claim is based on delivering health care goods or services, limit disclosing confidential health care information. Do not send original documents, as attachments may be destroyed after scanning.

**8. Date and Signature:**
The individual completing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what constitutes a signature. If you sign this form, you declare under penalty of perjury that the information provided is true and correct to the best of your knowledge, information, and reasonable belief. Your signature is also a certification that the claim meets the requirements of FRBP 9011(b). Whether the claim is filed electronically or in person, if your name is on the signature line, you are responsible for the declaration. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. If the claim is filed by an authorized agent, provide both the name of the individual filing the claim and the name of the agent. If the authorized agent is a servicer, identify the corporate servicer as the company. Criminal penalties apply for making a false statement on a proof of claim.

_____**DEFINITIONS**_____ | _____**INFORMATION**_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is a person, corporation, or other entity to whom debtor owes a debt that was incurred before the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment for a debt owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. § 506 (a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien.

A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. § 507 (a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq*.), and any applicable orders of the bankruptcy court.

B 10 (Attachment A) (12/11)

# Mortgage Proof of Claim Attachment

**If you file a claim secured by a security interest in the debtor's principal residence, you must use this form as an attachment to your proof of claim.** See Bankruptcy Rule 3001(c)(2).

| | | | |
|---|---|---|---|
| **Name of debtor:** | Khoi Tran and Nancy T. Do | **Case number:** | 8:13-bk-12438-MW |
| **Name of creditor:** | CitiMortgage, Inc. | **Last four digits** of any number you use to identify the debtor's account | ******6867 |

## Part 1: Statement of Principal and Interest Due as of the Petition Date

**Itemize the principal and interest due on the claim as of the petition date** (included in the Amount of Claim listed in Item 1 on your Proof of Claim form).

1. **Principal due** (1) $ 570,832.43

2. **Interest due**

| Interest rate | From mm/dd/yyyy | To mm/dd/yyyy | Amount | | |
|---|---|---|---|---|---|
| 4.5 % | 3/1/2013 | 3/19/2013 | $1,266.78 | | |
| **Total interest due as of the petition date** | | | $1,266.78 | Copy total here ▶ (2) $1,266.78 |

3. **Total principal and interest due** (3) $572,099.21

## Part 2: Statement of Prepetition Fees, Expenses, and Charges

**Itemize the fees, expenses, and charges due on the claim as of the petition date** (included in the Amount of Claim listed in Item 1 on the Proof of Claim form).

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. **Late charges** | | (1) | $ 0.00 |
| 2. **Non-sufficient funds (NSF) fees** | | (2) | $ 0.00 |
| 3. **Attorney's fees** | | (3) | $ 0.00 |
| 4. **Filing fees and court costs** | | (4) | $ 0.00 |
| 5. **Advertisement costs** | | (5) | $ 0.00 |
| 6. **Sheriff/auctioneer fees** | | (6) | $ 0.00 |
| 7. **Title costs** | | (7) | $ 0.00 |
| 8. **Recording fees** | | (8) | $ 0.00 |
| 9. **Appraisal/broker's price opinion fees** | | (9) | $ 0.00 |
| 10. **Property inspection fees** | | (10) | $ 0.00 |
| 11. **Tax advances (non-escrow)** | | (11) | $ 0.00 |
| 12. **Insurance advances (non-escrow)** | | (12) | $ 0.00 |
| 13. **Escrow shortage or deficiency** (Do not include amounts that are part of any installment payment listed in Part 3.) | | (13) | $ 0.00 |
| 14. **Property preservation expenses. Specify**: | | (14) | $ 0.00 |
| 15. **Other. Specify**: Interest on Esc Adv at Contractual Rate | 12/1/10, 1/2/11, 2/1/11, 3/1/11, 4/1/11, 5/1/11, 6/1/11, 7/1/11, 8/1/11, 9/1/11, 10/1/11, 11/1/11 | (15) | $ 113.02 |
| 16. **Other. Specify**: | | (16) | $ 0.00 |
| 17. **Other. Specify**: | | (17) | $ 0.00 |
| 18. **Total prepetition fees, expenses, and charges. Add all of the amounts listed above.** | | (18) | $ 113.02 |

Case 2:13-bk-14263-WBB Claim 51 Filed 05/24/13 Desc Main Document Page 5 of
Case 2:13-bk-14263-WBB Doc 451 Filed 05/24/13 Entered 06/18/13 11:22:46 Page 5 of
Main Document    Page 6 of 8

B 10 (Attachment A) (12/11)                                                                                                              Page 2

## Part 3. Statement of Amount Necessary to Cure Default as of the Petition Date

**Does the installment payment amount include an escrow deposit?**

☒ No

☐ Yes. Attach to the Proof of Claim form an escrow account statement prepared as of the petition date in a form consistent with applicable nonbankruptcy law

---

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1. | **Installment payments due** | Date last payment received by creditor | | 3/1/2013 | | | | | |
| | | Number of installment payments due | | | | | (1) | 0 | |
| 2. | **Amount of installment payments due** | installments | From | To | @ | $0.00 | = | $ 0.00 | |
| | | installments | From | To | @ | $0.00 | = | $ 0.00 | |
| | | **Total installment payments due as of the petition date** | | | $ 0.00 | Copy total here ▶ | (2) | $ 0.00 | |
| 3. | **Calculation of cure amount** | **Add** total prepetition fees, expenses, and charges | | | | Copy total from Part 2 here ▶ | + | $ 113.02 | |
| | | **Subtract** total of unapplied funds (funds received but not credited to account) | | | | | - | $ 0.00 | |
| | | **Subtract** amounts for which debtor is entitled to a refund | | | | | - | $ 0.00 | |
| | | **Total amount necessary to cure default as of the petition date** | | | | | (3) | $ 113.02 | |

Copy total onto Item 4 of Proof of Claim form

First Post Petition Payment              Total
4/1/2013                          $3,166.78

CitiMortgage, Inc. services the loan on the property referenced in this Proof of Claim. In the event the automatic stay in this case is modified, this case dismisses, and/or the debtor obtains a discharge and a foreclosure action is commenced on the mortgaged property, the foreclosure will be conducted in the name of CitiMortgage, Inc. ("Noteholder"). Noteholder directly or through an agent, has possession of the promissory note. The promissory note is either made payable to Noteholder or has been duly endorsed. Noteholder is the original mortgagee or beneficiary or the assignee of the security instrument for the referenced loan.

| | | | | |
|---|---|---|---|---|
| **Steven W. Pite** *CA/NV/WA* | **Josephine E. Salmon** *AK/AZ/CA/NY* | **Joseph C. Delmotte** *CA* | **Jesse Baker** *OR/UT/WA* | **Jamin S. Neil** *AZ* |
| **David E. McAllister** *AZ/CA/HI/OR/UT/WA* | **Ellen Cha** *CA/MN* | **Balpreet K. Thiara** *CA* | **Todd Garan** *CA* | **Robert P. Zahradka** *CA* |
| **Casper J. Rankin** *CA/OR/ID/WA* | **Erin L. Laney** *CA* | **Bryan S. Fairman** *CA* | **Matthew McArthur** *NV* | **Casey J. O'Connell** *CA* |
| **Eddie R. Jimenez** *CA/NV/TX* | **Gagan G. Vaideeswaran** *CA* | **Anh P. Nguyen** *TX* | **Gilbert R. Yabes** *CA* | **Irina Ribeiro** *CA* |
| **Brian A. Paino** *AZ/CA/TX/VA* | **Megan E. Lees** *CA* | **Brad Beherns** *CA* | **Matthew R. Clark, III** *CA* | **Brian M. Sheehan** *WA* |
| **Christopher McDermott** *CA* | **Catherine T. Vinh** *CA* | **Philip Giles** *CA* | **Arnold L. Graff** *CA/WI* | **Dhruv M. Sharma** *CA* |
| **Parada Kovadi** *CA* | | **Ace C. Van Patten** *ID/NV* | **Jenelle C. Arnold** *CA* | **Greg P. Campbell** *CA* |
| | | | **Adam O. Miles** *CA* | |

## PROOF OF CLAIM DISCLOSURES

### IN RE: **TRAN, KHOI AND NANCY T. DO**
UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

### CASE NO. 8:13-bk-12438-MW
### CREDITOR: CITIMORTGAGE, INC.

1. The amount of the post-petition payments is subject to change per the terms of the Note and Deed of Trust/Mortgage.
2. This Proof of Claim shall not constitute a waiver of the within party's right to receive service pursuant to Fed. R. Civ. P. 4, made applicable to this proceeding by Fed. R. Bankr. P. 7004 notwithstanding Pite Duncan, LLP's participation in this proceeding. Moreover, the within party does not authorize Pite Duncan, LLP, either expressly or impliedly through Pite Duncan, LLP's participation in this proceeding, to act as its agent for purpose of service under Fed. R. Bankr. P. 7004.
3. Please be on notice that $425.00 in attorneys' fees and costs have been incurred for the post-petition preparation and filing of this Proof of Claim; obtaining and reviewing the Chapter 13 Plan; and the preparation, filing and service of a Request for Courtesy Notice to monitor this bankruptcy, but are not included in the Proof of Claim. If the Debtor(s) want these fees and costs included in the Proof of Claim so that the subject loan is current upon completion of the Plan, please contact Steven Pite at (858)-750-7600.
4. *This valuation has been provided solely for the purpose of complying with the United States Bankruptcy Court's official B 10 form and is not intended to serve as Creditor's opinion of value for purposes of an 11 U.S.C. § 506(a) proceeding. This valuation was obtained from the Debtor(s) Schedule A of their bankruptcy petition. However, this valuation shall have no prejudicial effect against the Creditor and Creditor reserves the right to obtain its own independent valuation of the Property in the event the value of the Property becomes a contested issue in this bankruptcy case.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

A true and correct copy of the foregoing document entitled (*specify*): Notice of Withdrawal of Proof of Claim #2 will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) June 18, 2013, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**ATTORNEY FOR DEBTOR:**
Steven A. Schwaber   schwaberlaw@sbcglobal.net

**TRUSTEE:**
United States Trustee (LA)

**U.S. TRUSTEE:**
U.S. Trustee   ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) June 18, 2013, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR:**
Dwight Hal Smith
Baohua Wang
8 Oakmont Drive
Los Angeles, CA 90049

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 18, 2013 | BREE A. JAMES | /s/ BREE A. JAMES |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                               **F 9013-3.1.PROOF.SERVICE**